IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSHUA AND TIFFANY MUNROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.:   4:10-cv-1942 |
| ) | |
| CONTINENTAL WESTERN GROUP, ) | |
| A Foreign Limited Liability Company, ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**COME NOW** Plaintiffs Joshua and Tiffany Munroe, by and through their undersigned counsel of record, and with consent of attorney for the defendants, hereby dismisses without prejudice any and all claims asserted herein against Defendant Rollet Bros Trucking Company.

STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION

By:   /s/ Joseph R. Dulle
      Joseph R. Dulle, Esq.     #EDMO 3021
      7733 Forsyth Boulevard, Suite 500
      St. Louis, Missouri 63105
      (314) 721-7011 (Telephone)
      (314) 721-8660 (Telecopy)
      Jdulle@stoneleyton.com

*Attorneys for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically with the Clerk of the Court on the 26th day of October 2010, to be served via U.S. Mail, postage prepared and by operation of the Court's electronic filing system, if applicable upon the follow:

Lori A. Schmidt
Hinshaw & Culbertson LLP
Gateway One
701 Market Street, Ste. 1300
St. Louis, Mo. 63101
(314) 241-22600 PHONE
(314) 241-7428 FAX
**Attorneys for Defendants**

                                                /s/ Joseph R. Dulle